JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

    - v. -                         :     INDICTMENT

VANDER WOODBERRY,                  :     08 CRIM 092

             Defendant.      :

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 06 2008

## COUNT ONE

The Grand Jury charges:

1. On or about July 31, 2007, VANDER WOODBERRY, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, WOODBERRY robbed approximately $3,173 from the Emigrant Savings Bank located at 5 East 42nd Street, New York, New York 10017, by demanding that a bank employee turn over to WOODBERRY money in the bank's custody.

(Title 18, United States Code, Section 2113(a).)

## COUNT TWO

The Grand Jury further charges:

2. On or about December 15, 2007, VANDER WOODBERRY, the defendant, unlawfully, willfully, and knowingly, by force and

violence, and by intimidation, did take, and attempt to take, from the person and presence of another, property and money and other things of value belonging to and in the care, custody, control, management and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, WOODBERRY robbed approximately $5,287 from the Wachovia Bank located at 1755 Broadway, New York, New York, 10019, by demanding that a bank employee turn over to WOODBERRY money in the bank's custody while indicating that he had a firearm.

(Title 18, United States Code, Section 2113(a).)

*Millicent Jones*
FOREPERSON
*Deputy*

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VANDER WOODBERRY,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 2113(a))


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Millicent Jones, Deputy*
Foreperson.

*2/6/08 - Fld. Indictment, case assigned to Judge Swain for all purposes.*

*s/ Eaton, J. U.S.M.J.*

Post-It
11/1/87