USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 3 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

      - v. -                        :     ORDER

VANDER WOODBERRY,                   :     08 Cr. 92 (LTS)

      Defendant.                    :

- - - - - - - - - - - - - - - - - - -x

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 31, 2008;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea [to Count One of the above-referenced indictment] is accepted.

SO ORDERED:

Dated:   New York, New York
        April 28, 2008

                            THE HONORABLE LAURA TAYLOR SWAIN
                            UNITED STATES DISTRICT JUDGE