# MARTIN R. STOLAR

Attorney at Law

351 Broadway • New York, NY 10013
Tel: (212) 219-1919 • Fax: (212) 941-0980
E-mail: mrslaw37@hotmail.com



June 20, 2008

BY FAX: 212-805-0426

Hon Laura Taylor Swain
United States District Court
500 Pearl Street
New York, NY 10007

Re: <u>U.S. v. Vander Woodberry</u>
    08 Cr. 92 (LTS)

Dear Judge Swain:

    I write to request an adjournment of the sentencing of Mr. Woodberry from June 27, 2008 at 3:00 PM to July 7, 8 (except 2:30 PM) or 9, 2008. The reason for this request is that I have just received the PSI and am on trial with Judge Pauley, leaving me with too little time to review the PSI with my client and prepare a submission to the Court.

    Jason Smith, the AUSA assigned to this matter, concurs with this request and the suggested adjourned dates.

Very truly yours,

Martin R. Stolar

MRS/s
cc: Jason Smith, Esq. (via fax)
    Vander Woodberry

The sentencing is adjourned to July 8, 2008 at 3:30 pm.

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
6/20/2008